# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### ***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>ELEINA NOAH,<br><br>           Defendant. | 2:16-cr-00172-KJD-VCF<br>**<u>MINUTE ORDER</u>** |

Before the Court is Defendant's Sealed Motion to Reopen Detention (ECF NO. 18).  This sealed motion does not comply with Local Rule IA 10-5.  For future filings, sealed motions must comply with this local rule.

Given the circumstances,

IT IS HEREBY ORDERED that any opposition to the motion to reopen detention (ECF NO. 18) must be filed on or before August 12, 2016.  No reply necessary.

DATED this 4th day of August, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE