# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ELEINA NOAH,<br><br>                    Defendant. | 2:16-cr-00172-KJD-VCF<br>**MINUTE ORDER** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 45).

IT IS HEREBY ORDERED that any opposition to the Motion to Modify Conditions of Release (ECF No. 45) must be filed on or before February 7, 2017.  No reply necessary.

DATED this 31st day of January, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE