# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>ELEINA NOAH,<br><br>            Defendant. | 2:16-cr-00172-KJD-VCF<br>**ORDER** |

Before the Court is the Motion to Modify Conditions of Release (ECF No. 54).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Motion to Modify Conditions of Release (ECF No. 54) must be filed on or before August 3, 2017.

DATED this 27th day of July, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE